KERN *v.* KANSAS CITY SOUTHERN RAILWAY COMPANY.

FISH, C. J. There being no conflict in the evidence on the material and controlling issues in the case, and that introduced, with all reasonable deductions or inferences therefrom, demanding a verdict for defendant, the court did not err in directing the jury to so find. Civil Code, § 5331.

*Judgment affirmed. All the Justices concur.*

Submitted March 3,—Decided May 16, 1906.

Attachment.    Before Judge Reid.    City court of Atlanta. April 27, 1905.

*Ellis, Wimbish & Ellis,* for plaintiff.

*Brown & Randolph,* for defendant.